SUNIL BECTOR (California Bar No. 275127)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
85 Second St., 2nd Floor
San Francisco, CA 94105
(415) 977-5759
(415) 977-5793 (facsimile)
sunil.bector@sierraclub.org

DOUG HAYES (Colorado Bar No. 39216)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
1650 38th Street, Suite 102W
Boulder, CO 80301
(303) 449-5595
(303) 449-6520 (facsimile)
doug.hayes@sierraclub.org
(appearance *pro hac vice*)

*Attorneys for Plaintiff Sierra Club*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **SIERRA CLUB**<br><br>          Plaintiff<br>          vs.<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS**; **Lieutenant General Thomas P. Bostick**, in his official capacity as Commanding General and Chief of Engineers of the U.S. Army Corps of Engineers,<br><br>          Defendants. | **Case No. 3:14-cv-00538-JCS**<br><br>**CERTIFICATE OF SERVICE** |

I, Violet Lehrer, certify and declare as follows:

   I am over the age of 18 years old, and not a party to this action. My business address is 85 Second Street, 2nd Floor, San Francisco, CA 94105-3441, which is located in the county where the mailing described below took place.

On February 7, 2014, I served a copy of the following documents on the recipients listed below, via certified mail:

- Issued Summons
- Civil Cover Sheet
- Complaint for Declaratory and Injunctive Relief
- Certification of Interested Entities or Persons
- Notice of a Lawsuit and Request to Waive Service of Summons form
- Waiver of the Service of Summons form
- Order Setting Initial Case Management Conference and ADR Deadlines
- Notice of Assignment to Magistrate Judge with Election Form
- Magistrate Judge Consent/Declination Form
- Brochure entitled " Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California
- Magistrate Judge Spero's Standing Order
- Magistrate Judge Spero's Case Management Conference Order
- Magistrate Judge Spero's Court's Exhibit Tag
- Standing Order for all Judges of the Northern District of California – Contents of Joint Case Management Statement
- U.S. District Court Filing Procedures (San Francisco)
- ECF Registration Information
- Certificate of Service

| | |
|---|---|
| U.S. Army Corps of Engineers<br>441 G Street NW<br>Washington, DC 20314-1000 | Lieutenant General Thomas P. Bostick<br>Commanding General and Chief of Engineers<br>U.S. Army Corps of Engineers<br>441 G Street NW<br>Washington, DC 20314-1000 |
| Eric Holder<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | HON. Melinda Haag<br>U.S. Attorney for the Northern District of CA<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 |

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 7, 2014.          /s/Violet Lehrer
                                        Violet Lehrer
                                        Paralegal
                                        Sierra Club