MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6748
    rebecca.falk@usdoj.gov

Attorneys for Federal Defendants

SUNIL BECTOR (CA SBN 275127)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
85 Second Street, 2nd Floor
San Francisco, CA 94105
Tel:  (415) 977-5759
Fax:  (415) 977-5793
Sunil.bector@sierraclub.org

DOUG HAYES (admitted *pro hac vice*) (CO Bar No. 39216)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
1650 38th Street, Suite 102W
Boulder, CO 80301
Tel: (303) 449-5595
Fax:  (303) 449-6520
Doug.hayes@sierraclub.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, | NO. 14-00538 SI |
| Plaintiff, | |
| v. | JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [~~PROPOSED~~] ORDER |
| UNITED STATES ARMY CORPS OF ENGINEERS; Lieutenant General Thomas P. Bostick, in his official capacity as Commanding General and Chief of Engineers of the U.S. Army Corps of Engineers, | |
| Defendants. | |

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
NO. 14-00538 SI

**STIPULATION**

Subject to the approval of the Court, Plaintiff Sierra Club ("Plaintiff") and Federal Defendants UNITED STATES ARMY CORPS OF ENGINEERS; Lieutenant General Thomas P. Bostick, in his official capacity as Commanding General and Chief of Engineers of the U.S. Army Corps of Engineers ("Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 5, 2014, the Court ordered the parties to attend a Case Management Conference on May 9, 2014 at 2:30 p.m. S*ee* Dkt. No. 13.

2. Counsel for the Defendants has a conflict on that date with a previously scheduled mediation.

3. The parties hereby stipulate and respectfully request that the Case Management Conference set by this Court be continued to May 16, 2014 or any date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

Dated:  May 5, 2014                              Respectfully Submitted,

                                                 MELINDA HAAG
                                                 United States Attorney

                                                  */s/ Rebecca A. Falk*
                                                 REBECCA A. FALK
                                                 Assistant United States Attorney

Dated:  May 5, 2014                              Respectfully Submitted,


                                                 Sunil Bector
                                                 Counsel for Plaintiff Sierra Club

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
NO. 14-00538 SI

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered
3  that the Case Management Conference scheduled for May 9, 2014 will be continued until May ~~16~~ 23, 2014
4  or as soon thereafter as is convenient for the Court.

5

6  **IT IS SO ORDERED.**

7  DATED: 5/6/14                                     _____
                                                     HONORABLE SUSAN ILLSTON
8                                                    UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
NO. 14-00538 SI